# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

128445(50)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DANIEL BARRY COUCH,
        Plaintiff-Appellant,

v

RAYMOND A. CORRELL, and RAYMOND
A. CORRELL, P.C.,
        Defendants-Appellees.

SC: 128445
COA: 256899
Oakland CC: 2003-047997-NM

_____/

      On order of the Court, the motion for reconsideration of this Court's order of September 28, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

Clerk

p0123